# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID COIL, | Case No. 2:22-cv-01428-GMN-BNW |
| Petitioner, | **ORDER** |
| v. | |
| STATE OF NEVADA, et al., | |
| Respondents. | |

Petitioner David Coil proceeding *pro se* has filed a purported habeas petition. (ECF No. 2-1). On September 12, 2022, this Court ordered Petitioner to file an *in forma pauperis* application or pay the filing fee within 45 days. (ECF No. 3.) This Court also ordered Petitioner to file an amended petition on this Court's form within 45 days. (*Id.*) The docket reflects that this Court's September 12, 2022, order was sent to Petitioner via the Lovelock Law Library. However, that mail was returned as undeliverable with a notation that Petitioner is located at High Desert State Prison. (ECF No. 4.) As such, the Court will resend the September 12, 2022, order and its attachments to Petitioner at High Desert State Prison.

It is therefore ordered that the Clerk resend the September 12, 2022, order (ECF No. 3) and its attachments (ECF Nos. 3-1, 3-2) to Petitioner at High Desert State Prison.

Dated: September 14, 2022

_____
Gloria M. Navarro, Judge
United States District Court