# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID COIL, | Case No. 2:22-cv-01428-GMN-BNW |
| Petitioner, | **ORDER** |
| v. | |
| STATE OF NEVADA, et al., | |
| Respondents. | |

Petitioner David Coil proceeding *pro se* has filed a purported habeas petition. (ECF No. 2-1). On September 12, 2022, this Court ordered Petitioner to file an *in forma pauperis* application or pay the $5 filing fee within 45 days. (ECF No. 3.) This Court also ordered Petitioner to file an amended petition on this Court's form within 45 days. (*Id.*) The docket reflected that this Court's September 12, 2022, order was sent to Petitioner via the Lovelock Law Library. However, that mail was returned as undeliverable with a notation that Petitioner is located at High Desert State Prison. (ECF No. 4.) As such, on September 14, 2022, this Court ordered the Clerk to resend the September 12, 2022, order and its attachments to Petitioner at High Desert State Prison. (ECF No. 5.) Petitioner's 45-day deadline to comply with the September 12, 2022, order is October 27, 2022.

Petitioner has now filed a motion explaining that unauthorized funds have been withdrawn from his inmate account. (ECF No. 6.) This Court has not ordered the payment of any fees from Petitioner's inmate trust account in this matter.[1]

It is therefore ordered that Petitioner's motion regarding unauthorized filing fee deductions [ECF No. 6] is denied.

Dated: October 23, 2022

_____
Gloria M. Navarro, Judge
United States District Court

---

[1] Notably, in a different matter, *David Coil v. Kelsey Bernstein, et al.*, 2:21-cv-01045-GMN-NJK, the Court ordered High Desert State Prison to forward to the Clerk of this Court "twenty percent of the preceding month's deposits to Plaintiff's inmate trust account (in the months that the account exceeds $10.00) until the full $402 filing fee has been paid for this action." (ECF No. 10 in 2:21-cv-01045-GMN-NJK.)