## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID COIL, | Case No. 2:22-cv-01428-GMN-BNW |
| Petitioner, | **ORDER** |
| v. | |
| STATE OF NEVADA, et al., | |
| Respondents. | |

Petitioner David Coil proceeding *pro se* filed a purported habeas petition. (ECF No. 2-1). On September 12, 2022, this Court ordered Petitioner to file an *in forma pauperis* ("IFP") application or pay the filing fee by October 27, 2022. (ECF No. 3.) This Court also ordered Petitioner to file an amended petition on this Court's form by October 27, 2022. (*Id.*) The docket reflects that this Court's September 12, 2022, order was mistakenly sent to Petitioner via the Lovelock Law Library. That mail was returned as undeliverable with a notation that Petitioner is located at High Desert State Prison. (ECF No. 4.) As such, the Court corrected Petitioner's address on the docket and resent the September 12, 2022, order and its attachments to Petitioner at High Desert State Prison. (ECF No. 5.)

Petitioner filed an amended petition on this Court's form as instructed. (ECF No. 8.) However, Petitioner has not filed an IFP application or paid the filing fee. Rather, on October 24, 2022, Petitioner gave notice that he "has funds and power of attorney instructed to pay $5 fees."

(ECF No. 8-1 at 1.) To date, this Court has not received Petitioner's $5 filing fee.[1] Because Petitioner timely filed his amended petition and appears to be attempting to pay the filing fee, this Court finds good cause to extend Petitioner's deadline.

It is therefore ordered that Petitioner has until December 16, 2022, to pay the $5 filing fee or file an IFP application that includes a: (a) financial certificate signed by Petitioner and an authorized prison official, (b) financial declaration and acknowledgement signed by Petitioner, and (c) copy of Petitioner's inmate account statement for the six-month period prior to filing. Petitioner's failure to timely comply with this Order will result in the dismissal of the petition without prejudice and without further advance notice.

Dated: November 9, 2022

_____
Gloria M. Navarro, Judge
United States District Court

---

[1] This fact was confirmed with the Court's finance department.