**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAVID COIL, | Case No. 2:22-cv-01428-GMN-BNW |
| Petitioner, | **ORDER** |
| v. | |
| STATE OF NEVADA, et al., | |
| Respondents. | |

Petitioner David Coil proceeding *pro se* filed a purported habeas petition. (ECF No. 2-1.) On September 12, 2022, this Court ordered Petitioner to file an *in forma pauperis* ("IFP") application or pay the filing fee by October 27, 2022. (ECF No. 3.) This Court also ordered Petitioner to file an amended petition on this Court's form. (*Id.*) Petitioner filed an amended petition on this Court's form as instructed. (ECF No. 8.) However, Petitioner has not filed an IFP application or paid the filing fee.[1]  This Court has already extended Petitioner's deadline for complying once. (*See* ECF No. 10.) Petitioner has now filed a motion for financial reconciliation, asking this Court "to make financial adjustments" and return $134.50 to him because "4 separate withdrawals to USDC Nevada . . . were not authorized." (ECF No. 11.)  As this Court previously explained (*see* ECF No. 7 at 2), this Court has not ordered the payment of any fees from Petitioner's inmate trust account in this matter.  Rather, in a different matter, *David Coil v. Kelsey Bernstein, et al.*, 2:21-cv-01045-GMN-NJK, the Court ordered High Desert State Prison to forward to the

---

[1] This fact was again confirmed with the Court's finance department on December 19, 2022.

Clerk of this Court "twenty percent of the preceding month's deposits to Plaintiff's inmate trust account (in the months that the account exceeds $10.00) until the full $402 filing fee has been paid for this action." (ECF No. 10 in 2:21- cv-01045-GMN-NJK.)  The Court will grant Petitioner one more extension to file an IFP application or pay the filing fee *in this matter*.

It is therefore ordered that Petitioner's motion for financial reconciliation (ECF No. 11) is denied.

It is further ordered that Petitioner has until January 30, 2023, to pay the $5 filing fee or file an IFP application that includes a: (a) financial certificate signed by Petitioner and an authorized prison official, (b) financial declaration and acknowledgement signed by Petitioner, and (c) copy of Petitioner's inmate account statement for the six-month period prior to filing. Petitioner's failure to timely comply with this Order will result in the dismissal of the petition without prejudice and without further advance notice.

Dated: December 20, 2022

_____
Gloria M. Navarro, Judge
United States District Court